# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHANNON DALE AMOS, JR.

NO. 2026 KW 0656

**AUGUST 10, 2026**

---

In Re: Shannon Dale Amos, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5265-F-2020.

---

**BEFORE: WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT